MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 08 2583 SLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

YVONNE BRYANT aka YVONNE D. BRYANT,

    Defendant(s).

Case No.

COMPLAINT
(Student Loan\Debt Collection Case)

Plaintiff, through its attorney, alleges:

1. **Jurisdiction:** The Court has jurisdiction of this action under 28 U.S.C. Section 1345.

2. Defendant resides in the Northern District of California.

**FIRST CAUSE OF ACTION**

3. Defendant owes plaintiff $5,304.46, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit A.

**SECOND CAUSE OF ACTION**

4. Defendant owes plaintiff $655.25, plus additional interest and costs according to the Certificate of Indebtedness, a copy of which is annexed hereto as Exhibit B.

WHEREFORE, plaintiff demands judgment against defendant for the sum of $5,959.71, additional interest to the date of judgment, attorney's fees in the amount of 33% of the debt, and court costs.

Date: May 12, 2008

LAW OFFICE OF MICHAEL COSENTINO
By: MICHAEL COSENTINO
Attorney for the Plaintiff
United States of America

DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: YVONNE BRYANT
AKA: N/A
Address: 275 ASHTON AVE.
SAN FRANCISCO, CA. 94112
SSN: ·8644

Total debt due the United States as of 04-01-97 : $ 10,098.69

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 5,304.46 from 04-01-97 at the annual rate of 9.00%. Interest accrues on the principal amount of this debt at the rate of $ 1.31 per day.

The claim arose in connection with Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 07-28-82 and 05-17-83 the debtor executed promissory note(s) to secure loan(s) from THE CROCKER BANK, SAN FRANCISCO, CALIFORNIA, under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s) and on 10-03-85 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender to the amount of $ 450.00 thereby increasing the principal balance due to $ 5,304.46 .

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $ 5,304.46 |
| Interest: | $ 4,794.23 |
| Administrative/Collection Costs: | $ 0.00 |
| Penalties: | $ 0.00 |

CERTIFICATION: Pursuant to 28 USC section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_4-10-97_
(Date)

_Marilyn [signature]_
(Loan Analyst)

EXHIBIT A

DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: YNONNE BRYANT
AKA: N/A
Address: 275 ASHTON AVE.
SAN FRANCISCO, CA. 94112
SSN: -8644

Total debt due the United States as of 04-01-97 : $ 977.38

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 655.25 from 04-01-97 at the annual rate of 5.00%. Interest accrues on the principal amount of this debt at the rate of $ 0.09 per day.

The claim arose in connection with Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 12-07-81 and 04-09-82 the debtor executed promissory note(s) to secure loan(s) from CITY COLLEGE OF SAN FRANCISCO, SAN FRANCISCO, CALIFORNIA, under loan guaranty programs authorized under Title IV-E of the Higher Education Act of 1965, as amended, 20 U.S.C. 1087aa et. seq (34 C.F.R. Part 674). The holder demanded payment according to the terms of the note(s) and on 09-03-83 the debtor defaulted on the obligation.

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $ 655.25 |
| Interest: | $ 235.13 |
| Administrative/Collection Costs: | $ 87.00 |
| Penalties: | $ 0.00 |

CERTIFICATION: Pursuant to 28 USC section 1746, I certify under penalty of perjury that the foregoing is true and correct.

_4-10-97_
(Date)

_Marilyn Spinali_
(Loan Analyst)

**EXHIBIT B**