|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | E-filing |

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

YVONNE BRYANT aka YVONNE D. BRYANT,

    Defendant(s).

SUMMONS IN A CIVIL ACTION

Case Number: CV 08 2583

SLM

TO: (Name and Address of Defendant)

YVONNE BRYANT aka YVONNE D. BRYANT
272 ASHTON AVENUE
SAN FRANCISCO, CA 94112

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. You must also serve your answer upon

PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING                          5-28-08

CLERK                                                     DATE

*GLORIA ACEVEDO*

BY DEPUTY CLERK