| Attorney Or Party Without Attorney (Name and Address): | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| MICHAEL COSENTINO, ESQ. (#253)<br>LAW OFFICE OF MICHAEL COSENTINO<br>P.O Box 129<br>Alameda, California 94501 | (510) 523-▇▇▇2 | **FILED**<br>JUL 2 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| Attorneys for: UNITED STATES OF AMERICA | Ref. No. Or File No.<br>W2499333 | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: UNITED STATES OF AMERICA

Defendant: YVONNE BRYANT, etc.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: CV08 2583 SLM |
|---|---|---|---|---|

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : YVONNE BRYANT aka YVONNE D. BRYANT

By Serving        : YVONNE BRYANT aka YVONNE D. BRYANT

Address           : 275 Ashton Avenue, San Francisco, California 94112
Date & Time       : Wednesday, July 9, 2008 @ 7:13 p.m.
Witness fees were : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
  (1) Employee or independent contractor
  (2) Registration No.: 716
  (3) County: Contra Costa
  (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 10, 2008         Signature: *William E. Galdamez*
                                       William E. Galdamez


Printed on recycled paper