MICHAEL COSENTINO, ESQ., State Bar No. 83253
Attorney at Law
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CV 08 2583 SLM |
|---|---|
| Plaintiff, | |
| v. | REQUEST TO ENTER DEFAULT |
| YVONNE BRYANT aka YVONNE D. BRYANT, | |
| Defendant. | |

To:   Richard W. Wieking, Clerk
      United States District Court
      Northern District of California

PLEASE ENTER THE DEFAULT of the defendant for failure to plead or otherwise defend.

DATED: August 7, 2008         By: _____
                                  MICHAEL COSENTINO
                                  Attorney for Plaintiff