1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 08 2583 SLM |
| Plaintiff, | |
| vs. | PROOF OF SERVICE |
| YVONNE BRYANT aka YVONNE D. BRYANT, | |
| Defendant.            / | |

See attached list:

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and a resident of the County of Alameda, I am over the age of eighteen and not a party to the herein action; my business address is P.O. Box 129, Alameda, California, 94501. On August 7, 2008, I served the

**REQUEST TO ENTER DEFAULT,
DECLARATION FOR JUDGMENT ON DEFAULT, and
[PROPOSED] JUDGMENT ON DEFAULT**

on the parties in said action, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully pre-paid, in the United States Post Office addressed as follows:

YVONNE BRYANT aka YVONNE D. BRYANT
272 ASHTON AVENUE
SAN FRANCISCO, CA 94112

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 7, 2008 at Alameda, California.

_____
MICHAEL COSENTINO