**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                      415.522.2000

August 21, 2008


RE:  <u>CV 08-02583 SLM</u>        <u>USA-v- YVONNE BRYANT</u>


Default is entered as to Yvonne Bryant on 8/21/08.




RICHARD W. WIEKING, Clerk


by<u>Gloria Acevedo</u>
Case Systems Administrator




NDC TR-4  Rev. 3/89