1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff
   United States of America
5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
   UNITED STATES OF AMERICA              NO. CV 08 2583 SLM
10
                  Plaintiff,
11                                       JUDGMENT ON DEFAULT
           v.
12
   YVONNE BRYANT aka YVONNE D. BRYANT
13
                  Defendant.
14  _____/

15      In the above entitled action, the defendant YVONNE BRYANT aka YVONNE D.
16  BRYANT having been duly served with the Summons and a copy of the Complaint in the
17  action, and the defendant having failed to appear, answer, plead, or otherwise defend in
18  the action within the time allowed by law, or at all, and default having been duly entered;
19  and it further appearing that plaintiff's claim against the defendant is for a sum certain and
20  for interest which can by computation be made certain and for costs; and, it further
21  appearing that a declaration on behalf of the plaintiff required by Rule 55 has been filed,
22  setting forth the amounts due plaintiff from said defendant in accordance with the prayer of
23  the Complaint, and also setting forth that defendant is not an infant or incompetent person
24  or in the military service of the United States within the meaning of the Soldiers' and
25  Sailors' Civil Relief Act of 1940, as amended, or otherwise entitled to the benefits of said
26  Act, and praying that Judgment be entered herein.
27      NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,
28  IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of

1  and from the defendant, YVONNE BRYANT aka YVONNE D. BRYANT, the sum of
2  $19,034.79 as principal, interest, attorney fees, and costs; interest from the date of this
3  judgment at the current legal rate per annum, pursuant to the provisions of 28 USC Sec.
4  1961(a)which will be compounded annually pursuant to the provisions of 28 U.S.C. Sec
5  1961(b), and judgment is herewith entered accordingly.

7  JUDGMENT ENTERED: _8-22-08_

RICHARD W. WIEKING, Clerk
United States District Court

_____
Deputy Clerk
GLORIA ACEVEDO